at the next term of court in case the return be not filed.

PEABODY et al. v. LONG ACRE SQUARE BLDG. CO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Charles A. Peabody and others against the Long Acre Square Building Company. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. ABBETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against Thomas Abbett. No opinion. We find no evidence in the record of criminal intent. The judgment of conviction is reversed, and a new trial ordered.

PEOPLE, Respondent, v. BROOKLYN COOPERAGE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Proceedings by the people of the state of New York against the Brooklyn Cooperage Company, impleaded with others, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question to be reviewed certified to that court.

PEOPLE, Respondent, v. CORBALIS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against Thomas F. Corbalis. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. DINSER, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against Gustave Dinser. No opinion. Motion denied on defendant's stipulating as stated in memorandum. Settle order on notice. See 98 N. Y. Supp. 314.

PEOPLE, Respondent, v. DONNELLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Proceedings by the people of the state of New York against John J. Donnelly. No opinion. Motion granted; stenographer's minutes to be furnished and appellant's papers on appeal to be printed at the expense of the county of Onondaga, upon audit and allowance by this court.

PEOPLE v. FEDERAL BANK OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York against the Federal Bank of New York and the Bankers' Surety Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE v. FEDERAL BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against the Federal Bank of New York. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE, Respondent, v. FULKERSON, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people of the state of New York against John Fulkerson. No opinion. Judgment affirmed.

PEOPLE v. GELULA. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Abe Gelula. No opinion. Motion granted unless appellant be ready for November term. Order filed.

PEOPLE, Respondent, v. HACKETT, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York against James J. Hackett. E. S. Booth, for appellant. A. A. Mayper, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. HARRER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Proceedings by the people of the state of New York against John Harrer and another.

PER CURIAM. Judgment and order affirmed.

WILLIAMS, J., not voting.

PEOPLE, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Proceedings by the people of the state of New York against Philip J. Hart. No opinion. Motion to dismiss appeal granted unless the appellant shall, within 30 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied.

PEOPLE, Respondent, v. HUSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Proceedings by the people of the state of New York against William Huson. No opinion. Motion to amend order of reversal, so as to show that such reversal was, upon questions of law only, granted. See 99 N. Y. Supp. 1081.

PEOPLE, Respondent, v. IZZO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Proceedings by the people of the state of New York against Joseph Izzo and Patsy Corono. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. LAPP, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Proceedings by the people of the state of New York against Myrtie Lapp. No opinion. Motion denied, with leave to renew the same after settlement of the case and exceptions. Upon the renewal of said motion, if made, proof should be furnished to show whether the defendant is then sane or insane.

PEOPLE v. LEVIN. (Supreme Court, Appellate Division, First Department. October

12, 1906.) Proceedings by the people of the state of New York against Louis Levin. No opinion. Motion denied. Order filed.

PEOPLE, Respondent, v. McALLISTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Proceedings by the people of the state of New York against Edward McAllister. No opinion. Judgment reversed, and new trial ordered. *Held*, that the reception of evidence of sales of liquor other than that charged in the indictment was improper, and constituted reversible error.

PEOPLE, Appellant, v. MERCANTILE CO-OPERATIVE BANK, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against the Mercantile Co-operative Bank. No opinion. Final order settling accounts and order appointing referee affirmed, without costs.

PEOPLE v. NEW YORK BUILDING-LOAN CO. In re 336-368 WATER ST. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Proceedings by the people of the state of New York against the New York Building-Loan Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondents, v. NICKERSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by the people of the state of New York against Nellie Nickerson. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Proceedings by the people of the state of New York against Willis G. Price. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. SAUERBORN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Proceedings by the people of the state of New York against Nicholas Sauerborn. No opinion. Order affirmed.

PEOPLE, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against Charles Schwartz. No opinion. Motion denied, on defendant's stipulating as stated in memorandum. Settle order on notice.

PEOPLE v. SCHWARTZ. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Charles Schwartz. No opinion. Motion granted. Order filed.

PEOPLE, Appellants, v. SIMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Proceedings by the people of the state of New York against James W. Simpson. No opinion. Order affirmed.

PEOPLE v. SPRIGGS. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Robert H. Spriggs. No opinion. Motion granted, unless appellant serve brief and be ready for November term. Order filed.

PEOPLE, Appellant, v. TOMPKINS, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York against Charles J. Tompkins. R. C. Taylor, for appellant. J. W. Osborne, for respondent. PER CURIAM. Order affirmed. Order filed. LAUGHLIN and HOUGHTON, JJ., dissent.

PEOPLE, Respondent, v. VAN GAASBECK, Appellant. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Proceedings by the people of the state of New York against Cornell Van Gaasbeck. No opinion. Motion denied.

PEOPLE, v. WEINSEIMER. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Philip Weinseimer. No opinion. Motion granted, unless appellant be ready for November term. Order filed.

PEOPLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against Bertha Williams. No opinion. Motion denied.

PEOPLE, Respondent, v. WOOTEN, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against John W. Wooten. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. YOSKOW. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Meyer Yoskow. No opinion. Motion granted, unless appellant be ready for December term. Order filed.

PEOPLE ex rel. ADAMS, Appellant, v. STOLL et al., Assessors. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Proceedings by the people of the state of New York, on the relation of George R. Adams, against Jacob F. Stoll and others, as assessors of the town of Rosendale, Ulster county, N. Y. No opinion. Motion granted.

PEOPLE ex rel. BARKER, Appellant, v. STRINGER, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York, on the relation of Charles B. Barker, against Adelia G. Stringer. A. C.